UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| RICHARD A. SCHMITZ, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> ST. VINCENT DINING ROOM; et al., ) </br> ) </br> Defendants. ) </br> _____ ) | 3:13-cv-00687-LRH-WGC </br></br> O R D E R |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#3[1]) entered on February 18, 2014, recommending granting Plaintiff's application to proceed *in forma pauperis* (doc. #1) filed on December 13, 2013, and dismissing with prejudice Plaintiff's complaint (doc. #1-1). No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#3) entered on February 18, 2014, should be adopted and accepted.

---

[1] Refers to court's docket number.

1  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#3) entered on February 18, 2014, is adopted and accepted, and Plaintiff's Application for Leave to Proceed in Forma Pauperis (#1) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff pay the full amount of the filing fee over time and pay the initial payment of 20 percent of the greater of the average monthly deposits to his account or the average monthly balance in his account for the six-month period immediately preceding the filing of the complaint within thirty (30) days of the entry of this order. Thereafter, Plaintiff shall make monthly payments of 20 percent of the preceding month's income credited to his prisoner account, and the NDOC or other agency in custody of Plaintiff shall forward payment from Plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid.

IT IS FURTHER ORDERED that the Clerk of the Court file Plaintiff's Complaint (#1-1).

IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED with prejudice**.

IT IS SO ORDERED.

DATED this 10th day of April, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE